UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Evan Zachary,

                Plaintiff(s),

      -against-

City of New York, et al.,

                Defendant(s).
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/09

ORDER OF DISCONTINUANCE

03 Civ. 7672 (AKH)(FM)

      It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

      ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 90 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York
                July 14, 2009

_____
FRANK MAAS
United States Magistrate Judge

_____
Attorney(s) for Plaintiff
Jason Lopez, Esq.

_____
Attorney(s) for Defendant
Caroline Chen, Esq.

Agreed and Consented to:

Ronda Zachary
Evan Zachary
Evan Zachary

Agreed and Consented to: